IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
(Charleston Division)

**ANGELA UNDERWOOD,**
individually and on behalf of others
similarly situated,

                **Plaintiff,**

**v.**                                         **Civil Action No. 2:17-cv-02522**

**KC TRANSPORT, INC., d/b/a KC
TRANSPORT OF WEST VIRGINIA,
INC. A West Virginia Corporation,
and KENNY COMPTON, a West
Virginia
Resident,**

                **Defendants.**

**SUPPLEMENTAL JOINT MOTION FOR
<u>APPROVAL OF SETTLEMENT AND DISMISSAL</u>**

      Defendants KC Transport, Inc. and Kenny Compton ("Defendants") along with Plaintiff Angela Underwood ("Plaintiff") jointly move this Court for approval of the settlement of the above captioned case pursuant to the terms of the Settlement Agreement and General Release ("Settlement Agreement"), a copy of which is attached hereto.

      As additional information regarding the settlement in this matter, the parties participated in mediation, mediating not only the subject federal action before this Court, but also a state court action pending in the Circuit Court of Kanawha County, West Virginia. While mediation was ultimately successful, the parties did not address the federal and state actions separately; rather the parties agreed to a global settlement for both pending cases.

With respect to the pending action before this Court, the parties have agreed that the settlement proceeds, which have been distributed, should be split equally between the two pending actions.  Therefore, the total amount of the settlement that is allocated to the settlement of the matter before this Court would be five thousand dollars ($5,000.00).  Of the settlement amount allocated to this action, Plaintiff and Plaintiff's counsel has split that money equally, resulting in an attorney fee of two thousand five hundred dollars ($2,5000.00), representing a percentage of the award to plaintiff and a reduced reimbursement to plaintiff's counsel for fees and costs.

For the reasons stated above, and for the reasons stated in the previously filed Joint Motion for Approval and Dismissal, the parties PRAY this Court approve this settlement and dismiss this matter with prejudice.

**CONCLUSION**

For the reasons stated above, the Parties respectfully approve the settlement and dismiss this action with prejudice by entering the proposed order, previously filed under seal.

Respectfully Submitted this 26th day of February, 2019,

| | |
|---|---|
| /s/ Mark L. French | /s/Steven P. New |
| Mark L. French, Esq. (WVSB # 9061) | Steven P. New, Esq.  (WVSB# 7756) |
| THE LAW OFFICE OF MARK L. FRENCH, PLLC | Steven P. New, L.C. |
| P.O. Box 11607 | P.O. Box 5516 |
| Charleston, WV  25339 | Beckley, WV  25801 |
| (304) 541-3460 (p) | |